EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> Alberto Folch Diez | 2003 TSPR 88 <br><br> 159 DPR _____ |

Número del Caso: TS-8073


Fecha: 22 de mayo de 2003


Abogado de la Parte Peticionaria:
                    Lcdo. Guillermo Figueroa Prieto


Oficina del Procurador General:
                    Lcda. Yvonne Casanova Pelosi
                    Procuradora General Auxiliar


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALA
    ESPECIAL

                TS-8073

ORDEN

San Juan, Puerto Rico, a 22 de mayo de 2003

     Se constituye una Sala Especial integrada por el Juez Asociado señor Rebollo López, como su Presidente, y los Jueces Asociados señor Fuster Berlingeri y señor Rivera Pérez para entender en el caso TS-8073, *In re* Alberto Folch Diez.

     Lo decretó y firma,

                      FRANCISCO REBOLLO LÓPEZ
                      Juez Presidente Interino

CERTIFICO:

Patricia Otón Olivieri
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alberto Folch Diez                    TS-8073

Sala Especial integrada por su presidente, señor Rebollo López y los Jueces Asociados señores Fuster Berlingeri y Rivera Pérez.

RESOLUCION

San Juan, Puerto Rico, a 22 de mayo de 2003.

Evaluada la solicitud de reinstalación presentada por el querellado, Alberto Folch Diez, se ordena su reinstalación inmediata al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo